1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  PANG MUA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )
                                      )  No. 1:12-cr-0132 LJO-SKO
12 |            Plaintiff,            )
                                      )  AMENDED
13 |       v.                         )  STIPULATION TO CONTINUE STATUS
                                      )  CONFERENCE AND ORDER
14 | PANG MUA,                        )  Date:  November 5, 2012
                                      )  Time:  1:00 p.m.
15 |            Defendant.            )  Judge: Hon. Sheila K. Oberto
   |_____   )

16

17       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

18 KIMBERLY A. SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal

19 Defender, counsel for Defendant Pang Mua, that the date for status conference may be continued to

20 November 5, 2012, or the soonest date thereafter that is convenient to the court. **The date currently set**

21 **for status conference is October 1, 2012.  The requested new date is November 5, 2012.**

22       The parties are currently engaged in investigations and negotiation to determine a proper resolution

23 of this matter.  Both agree that further investigation and other activities are necessary and appropriate.  It

24 is requested that this continuance be granted to enable the parties to properly advise the court of the

25 posture of the case at the upcoming status conference.

26       The parties agree that the delay resulting from the continuance shall be excluded as necessary for

27 effective preparation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of

28 justice served by the granting of the requested continuance outweigh the interests of the public and the

defendants in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 27, 2012   By */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: September 27, 2012   By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Pang Mua

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   September 27, 2012**          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE