| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, Bar #87692 |
| | Acting Federal Defender |
| 2 | ERIC V. KERSTEN, Bar #226429 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 4 | Telephone: (559) 487-5561 |

Attorney for Defendant
Pang Mua

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:12-CR-00132 LJO-SKO-1 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO MODIFY MOTION BRIEFING SCHEDULE AND CONTINUE DATE FOR HEARING ON MOTION; ORDER THEREON |
| v. | ) | |
| PANG MUA, | ) | Date: April 15, 2013 |
| Defendant. | ) | Time: 8:30 a.m. |
| | ) | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLEY A SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Pang Mua, that the pending motion briefing schedule may be modified and that the time for hearing on the motions, currently scheduled for March 18, 2013, may be continued to April 15, 2013. **The parties request that any motions may be filed on or before March 15, 2013; that any opposition thereto may be filed on or before April 5, 2011; and that the hearing on the motions may be continued to April 15, 2011 at 8:30 a.m.**

The defense is preparing to file a motion to suppress evidence resulting from the stop of Mr. Mua's vehicle on January 5, 2012. The resolution of this matter would likely require an evidentiary hearing to resolve factual disputes. Mr. Mua, who is housed in the Lerdo Detention Facility, has also advised counsel telephonically of additional information pertinent to the motion. Counsel is scheduled to meet with Mr. Mua personally in the coming week to discuss the information in detail and make arrangements

to conduct related investigation.  The outcome of this investigation could determine whether it is prudent to proceed with the anticipated motion.  In addition, the parties are engaged in negotiations which could resolve the case and eliminate the need to litigate the motion.

Based on the foregoing, the parties agree that time shall be excluded as necessary for effective defense preparation and for ruling on the motions pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).  For these reasons, the ends of justice served by the granting of the requested modification of the briefing schedule outweigh the interests of the public and the defendant in a speedy trial.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: February 15, 2013               By /s/ Kimberley A. Sanchez
                                      KIMBERLEY A. SANCHEZ
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      JOSEPH SCHLESINGER
                                      Acting Federal Defender

DATED: February 15, 2013               By /s/ Eric V. Kersten
                                      ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      Pang Mua

## **O R D E R**

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.  §§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   **February 19, 2013**     /s/  Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE