JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Pang Mua

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                *Plaintiff*,<br><br>v.<br><br>PANG MUA,<br><br>                *Defendant.* | No. 1:12-cr-00132 LJO-SKO-1<br><br>STIPULATION TO CONTINUE DATE FOR HEARING ON MOTION; ORDER THEREON<br><br>Date: May 13, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLEY A SANCHEZ, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Pang Mua, that the time for hearing on defendant's pending motion to suppress, currently scheduled for April 15, 2013, at 9:30 a.m., may be continued to May 13, 2013, at 9:30 a.m.. It is further stipulated that filing date for the government's opposition to defendant's motions may be continued to May 6, 2013.

The defense has filed a motion to suppress evidence resulting from the stop of Mr. Mua's vehicle on January 5, 2012. The resolution of this matter will likely require an evidentiary hearing to resolve factual disputes. The parties are engaged in negotiations and related activities which could resolve the case and eliminate the need to litigate the motion.

Based on the foregoing, the parties agree that time shall be excluded as necessary for effective defense preparation and for ruling on the motions pursuant to 18 U.S.C.§§3161(h)(1)(D), 3161(h)(7)(A)

and 3161(B)(iv).  For these reasons, the ends of justice served by the granting of the requested modification of the briefing schedule outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER<br>United States Attorney

DATED: April 5, 2013                     By /s/ Kimberley A. Sanchez
                                            KIMBERLEY A. SANCHEZ
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            JOSEPH SCHLESINGER
                                            Acting Federal Defender


DATED: April 5, 2013                     By /s/ Eric V. Kersten
                                            ERIC V. KERSTEN
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Pang Mua


## O R D E R

The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.  §§3161(h)(1)(D), 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

Dated:   April 5, 2013            /s/  Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE