HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Counsel for Defendant
Pang Mua

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 1:12-cr-00132 LJO-SKO-1 |
|       *Plaintiff,* | ) STIPULATION TO CONTINUE |
|   vs. | ) SENTENCING, [PROPOSED] ORDER |
| | ) THEREON |
| PANG MUA, | ) Date:  February 24, 2014 |
| | ) Time:  8:30 a.m. |
|       *Defendant.* | ) Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. SANCHEZ, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Pang Mua, that the date for sentencing in this matter may be continued to **February 24, 2014**, or the soonest date thereafter that is convenient to the court.  Sentencing is currently scheduled for **February 4, 2014**.

The quantity of actual methamphetamine possessed by Mr. Mua is slightly above the cutoff point for as lower offense level under the Sentencing Guidelines.  The government has calculated a 99.4% purity level for the methamphetamine.  Mr. Mua believes the purity level is less than 99.4%.  For this reason the defense has retained an independent lab to check the purity

1  level, and the government has delivered a sample of the methamphetamine to the independent lab
2  for testing. However, because the results will not be available before the end of next week, this
3  continuance is requested to allow for receipt of the results, and for the parties to address the
4  results in their sentencing memoranda if necessary.
5      The parties agree that any delay resulting from the continuance shall be excluded as
6  necessary for effective defense preparation pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and
7  3161(B)(iv). For this reason, the ends of justice served by the granting of the requested
8  continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER

United States Attorney

DATED: January 24, 2014      By:   /s/ *Kimberly A. Sanchez*
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: January 24, 2014      By:   /s/ Eric V. Kersten
                                   ERIC V. KERSTEN
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   Pang Mua

O R D E R

IT IS SO ORDERED. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and 3161(B)(iv).

IT IS SO ORDERED.

   Dated:   **January 27, 2014**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

Mua / Stipulation to Continue Sentencing        2