HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PANG MUA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PANG MUA,<br><br>Defendant. | No. Cr. F 1:12-cr-132 LJO<br><br>**NOTICE OF MOTION AND MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Judge: Honorable LAWRENCE J. O'NEILL |

Defendant, PANG MUA, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate to set the briefing schedule. The parties request that the government's opposition be due on or before January 29, 2016, the defendant's reply be filed no later than February 12, 2016.

Respectfully submitted,

Dated: December 18, 2015                          Dated: December 18, 2015

BENJAMIN B. WAGNER                               HEATHER E. WILLIAMS
United States Attorney                                    Federal Defender

*/s/ Kathleen A. Servatius*                              */s/ Hannah R. Labaree*
KATHLEEN A. SERVATIUS                          HANNAH R. LABAREE
Assistant U.S. Attorney                                    Assistant Federal Defender

Attorney for Plaintiff                                         Attorney for Defendant
UNITED STATES OF AMERICA                   PANG MUA

Stipulation to Set Briefing Schedule                    1

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the government's opposition is due on or before January 29, 2016 and the defendant's reply shall be filed no later than February 12, 2016.

IT IS SO ORDERED.

Dated:   **December 21, 2015**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE