# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>PANG MUA,<br>　　　　　　　Defendant. | CASE NO. 1:12-CR-00132 LJO<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

On June 7, 2018, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Pang Mua, F18902997 may proceed. The defendant's appearance before the state court judge is necessary on July 24, 2018 at 8:30 a.m. for araignment. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Fresno County Jail. His next appearance before the United States District Court is scheduled for August 7, 2018 at 2:00 p.m. for a status conference on a supervised release violation. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case will be on August 7, 2018:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office or their designee may produce the defendant in Fresno County Superior court on July 24, 2018 for purposes of his presence at the preliminary hearing, but shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on July 24, 2018. The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance. Under no circumstances is the defendant to be

released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated: __**July 19, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE